# Court of Appeals
# of the State of Georgia

ATLANTA,  March 24, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0345.  WILLIAM MITCHELL v. THE STATE.

In August 2012, William Mitchell pled guilty to one count of theft by taking, for which he received a ten-year probated sentence.  There is no indication in the record that Mitchell directly appealed his judgment of conviction.  In November 2019, the trial court modified Mitchell's probation and required Mitchell to serve 160 to 180 days in the Probation Detention Center followed by substance abuse treatment.  In January 2020, Mitchell filed a "notice of appeal."  The trial court treated the motion as a motion for out-of-time appeal, which it subsequently denied on February 7, 2020.  On March 13, 2020, Mitchell filed the instant application for discretionary review.[1]  We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Mitchell's application is untimely, as it was filed 35 days after entry of the order he seeks to appeal.

---

[1]  Because the underlying subject matter is the revocation of part of Mitchell's probation, he properly filed an application for discretionary appeal.  See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997).

Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 03/24/2020

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                              , *Clerk.*